UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLAUDIA SAMPEDRO, ET AL., <br><br> Plaintiffs, <br><br> - against - <br><br> PACIFIC STATION, INC., ET AL., <br><br> Defendants. | Case No. 3:19-CV-957(JBA) <br><br><br> **NOTICE OF MOTION FOR <u>DEFAULT JUDGMENT</u>** |

**PLEASE TAKE NOTICE** upon the accompanying Declaration of John V. Golaszewski, Esq., counsel for plaintiffs CLAUDIA SAMPEDRO, DESSIE MITCHESON, KIM COZZENS, DENISE TRLICA a/k/a DENISE MILANI, JESSICA BURCIAGA, JENNIFER ZHARINOVA, BRENDA LYNN GEIGER, CIELO JEAN GIBSON a/k/a CJ GIBSON, JESSICA KILLINGS, JESSICA ROCKWELL, JOANNA KRUPA, MARTA KRUPA, SANDRA VALENCIA and SARA UNDERWOOD (collectively, "Plaintiffs"), the declaration of Plaintiffs' expert, Stephen Chamberlin, which sets forth the damages claimed in this action, the Proposed Default Judgment, and upon all other papers and proceedings hitherto had herein, Plaintiffs will move this Court, Honorable Janet Bond Arterton, at the Richard C. Lee U.S. Courthouse, 141 Church Street, Room 118, New Haven, Connecticut 06510, pursuant to Rule 55 of the Federal Rules of Civil Procedure for the entry of default judgment against defendants PACIFIC STATION, INC., GLAMOUR NIGHT CLUB, INC. and JORGE QUITO, and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
       March 19, 2020

                                  **THE CASAS LAW FIRM, P.C.**

                                  By: <u>/s/ John V. Golaszewski</u>
                                       John V. Golaszewski, Esq.
                                       1750 Broadway, 15th Floor
                                       New York, New York
                                       T: 646.872.3178
                                     F: 855.220.9626

CERTIFICATE OF SERVICE

       I hereby certify that on this 19th day of March, 2020, the foregoing was electronically filed with the U.S. District Court Clerk, District of Connecticut by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

                                               /s/ John V. Golaszewski

John V. Golaszewski, Esq.
Casas Law Firm, P.C.
1740 Broadway, 15th Floor
New York, New York 10019
Tel: (646) 872-3178
john@casaslawfirm.com
*Attorneys for Plaintiffs*